IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN M. TAYLOR,
    Plaintiff,

vs.        Case No. 5:09cv304/RS/MD

B. GORDAN, et al.,
    Defendants.

## O R D E R

This cause is before the court upon plaintiff filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). Plaintiff has neither paid the $350.00 filing fee nor applied for leave to proceed *in forma pauperis*. Plaintiff's case cannot proceed until he either pays the filing fee or files a complete application for leave to proceed *in forma pauperis*. A complete application includes a motion with supporting affidavit, a prisoner consent form and a financial certificate with account attachments (a printout of the transactions in plaintiff's inmate trust account for the six-month period immediately preceding the filing of the complaint).

Accordingly, it is ORDERED:

1. The clerk shall send plaintiff a form application for leave to proceed *in forma pauperis*. This case number shall be written on the form.

2. Within **thirty (30) days** from the date of this order, plaintiff shall either pay the $350.00 filing fee in full, or file a complete application for leave to proceed *in forma pauperis*. Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 14th day of September, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**