IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KEVIN M. TAYLOR,**
   **Plaintiff,**

**vs.**            **Case No. 5:09cv304/RS/MD**

**B. GORDAN, et al.,**
   **Defendants.**

## O R D E R

   This cause is before the court upon referral from the clerk. On March 4, 2010, this court issued an order requiring plaintiff to either: (1) submit the initial partial filing fee of $8.33, or (2) submit an updated account statement reflecting transactions in his inmate trust account for the period November 25, 2009 through March 4, 2010. (Doc. 13). Plaintiff has responded by filing a "Motion to Submit Information." (Doc. 14). Attached to the motion is documentation non-responsive to the court's order.[1]

   Accordingly, it is ORDERED:

   1. Plaintiff's "Motion to Submit Information" (doc. 14) is DENIED.

   2. Within **twenty-one (21) days** of the date of this order, plaintiff shall either: (1) submit the initial partial filing fee of $8.33, or (2) submit an updated account statement reflecting transactions in his inmate trust account for the period November 25, 2009 through the present.

---

[1] The documentation relates to plaintiff's inquiry with his institution why a "hold" was placed on his account.

3.  Plaintiff's failure to comply with this order as instructed will result in a recommendation that this case be dismissed.

DONE AND ORDERED this 16th day of March, 2010

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**