IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KEVIN M. TAYLOR,**
    **Plaintiff,**

vs.                                      **Case No. 5:09cv304/RS/MD**

**B. GORDAN, et al.,**
    **Defendants.**

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff initiated this action on September 4, 2009 by filing a civil rights complaint (doc. 1). On October 9, 2009, plaintiff was granted leave to proceed *in forma pauperis* and assessed an initial partial filing fee of $8.33. (Doc. 6). Plaintiff was given thirty (30) days in which to pay the initial filing fee, and warned that failure to do so would result in a recommendation that this case be dismissed. Since that time, the court has issued three show cause orders (docs. 7, 10, 16), granted several extensions of time (docs. 9, 13, 15), and provided plaintiff the opportunity to submit updated account statements showing that modification of the initial partial filing fee is warranted (*see* docs. 13, 15). Plaintiff has not paid the assessed fee or submitted an updated account statement.

The last show cause order in this case was issued on May 10, 2010. (Doc. 16). That order gave plaintiff a final opportunity to avoid dismissal of this case by paying the initial partial filing fee within twenty-one days. Plaintiff was explicitly advised: "If it is plaintiff's contention that he is unable to pay the $8.33 partial filing fee, his response to this order must include an account statement for the time period specified above [November 25, 2009 to the present]." (Doc. 16, p. 1). Plaintiff was again warned that failure to comply with the order as instructed would result in a

recommendation that this case be dismissed. (*Id*.). To date, plaintiff has not responded to the order.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

DONE AND ORDERED this 17th day of June, 2010.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).**

*Case No: 5:09cv304/RS/MD*