IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN M. TAYLOR,

    Plaintiff,

vs.                                    CASE NO. 5:09cv304/RS-MD

B. GORDAN, et al,

    Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 27). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) because of Plaintiff's failure to state a claim upon which relief can be granted.

3. The clerk is directed to close the file.

**ORDERED** on December 28, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**