IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KEVIN M. TAYLOR,

    Plaintiff,

vs.                                 CASE NO. 5:09cv304/RS-MD

B. GORDAN, et al,

    Defendants.
_____/

## ORDER

Plaintiff's Motion Of Changes/To Writ Of Habeas Corpus (Doc. 29) is denied as moot. Plaintiff is advised that he can pursue a claim in habeas corpus only after exhausting his state court remedies.

**ORDERED** on December 28, 2010.

                                /S/ Richard Smoak
                                **RICHARD SMOAK**
                                **UNITED STATES DISTRICT JUDGE**